UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| CYNTHIA JENKINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-CV-837-JBC |
| | ) | |
| CITY OF LOUISVILLE, et al. | ) | |
| Defendants | ) | |

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned action be, and hereby is, DISMISSED, SETTLED, with prejudice as to Defendants, The City of Louisville, William S. Carcara, Ronald Ricucci, Mark A. Watson and Christie Richardson, with each party to bear its own costs.

G:\doc\BVS\Jenkins\Pldgs\OrderDismissing.wpd